

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,635-01

### IN RE JERAMIAH CLARK, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1299499-A IN THE 184TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Relator filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 184th District Court of Harris County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

On July 9, 2014, we held his application in abeyance and ordered Respondent, the District Clerk of Harris County, to file a response. On March 23, 2015, we received copies of the State's acknowledgment of receipt of Relator's application, dated July 24, 2013, and an order designating issues (ODI) the trial judge signed on September 11, 2013. This ODI was not timely entered and

interfered with Respondent's duty to forward Relator's application to this Court. TEX. CODE CRIM. PROC. art. 11.07, § 3(c); *Martin v. Hamlin*, 25 S.W.3d 718, 719 (Tex. Crim. App. 2000).

We conditionally grant Relator's application for a writ of mandamus and direct Respondent to immediately forward his habeas application to this Court. Following custom, we will issue the writ only if Respondent fails to comply.

Filed: April 15, 2015

Do not publish